United States District Court
Middle District of Florida
Jacksonville Division

**JOHN JAY LACEY,**

***Plaintiff,***

**v.** **NO. 3:26-cv-169-MMH-PDB**

**ANDREW RICHARD LACEY ET AL.,**

***Defendants.***

---

## Order

A plaintiff must complete service of process within 90 days of filing the complaint. Fed. R. Civ. P. 4(m). "Unless service is waived, proof of service must be made to the court." Fed. R. Civ. P. 4(l)(1). "Within twenty-one days after service of a summons and complaint or receipt of a waiver, a party must file proof of service or the waiver." Local Rule 1.10(a). "A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." Local Rule 3.10.

By **September 8, 2026**, the plaintiff must file proof of service or waivers of process for each defendant and show cause why the action should not be dismissed for failure to timely file proof of service or waivers and otherwise prosecute the action.

**By the same deadline**, the plaintiff must file a disclosure statement as required by Local Rule 3.03. The required form is attached to this order and

available in the "forms" section of the court's website, www.flmd.uscourts.gov/forms/all.

**Ordered** in Jacksonville, Florida, on August 11, 2026.

Patricia D. Barksdale
*United States Magistrate Judge*

Attachment:
Disclosure Statement Form

Copies to:
John Jay Lacey
IDOC #263056
New Castle Correctional Facility
1000 Van Nuys Road
P.O. Box A
New Castle, IN 47362